In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00049-CV**
_____

**IN RE COMMITMENT OF PHILLIP FALCON JR.**

**On Appeal from the 1A District Court**
**Newton County, Texas**
**Trial Cause No. 14129**

**MEMORANDUM OPINION**

A jury found beyond a reasonable doubt that Phillip Falcon Jr. (Falcon or Appellant) is a sexually violent predator. The trial court rendered a final judgment and an order of civil commitment. We affirm.

After perfecting appeal, Falcon's appellate counsel filed a brief certifying that the appeal is frivolous. Appellate counsel's brief presents counsel's professional evaluation of the record and asks this Court to accept the *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967); *In re Commitment of Rayson*, No. 09-06-081-CV, 2007 Tex. App. LEXIS 2168 (Tex. App.—Beaumont Mar. 22, 2007, no pet.) (mem. op.) (applying *Anders* procedure in a Chapter 841 civil-commitment appeal).

1

On August 8, 2018, we granted leave to Falcon to file a pro se brief. On October 11, 2018, Appellant filed his pro se response which we have reviewed for arguable error.

We have reviewed the entire appellate record and determined that this appeal is wholly frivolous. We conclude that the *Anders* brief filed by appellate counsel adequately presents the case, and additional briefing will not aid in the satisfactory submission on appeal. *See* Tex. R. App. P. 38.9. We find no arguable error requiring further action in this case. The judgment of the trial court is affirmed.

AFFIRMED.

                                              _____

                                                LEANNE JOHNSON
                                                    Justice

Submitted on November 13, 2018
Opinion Delivered November 29, 2018

Before Kreger, Horton, and Johnson, JJ.